# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROLAND WADE JACKSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11cv205 |
| | § | (Judge Mazzant) |
| NELNET, INC. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Seal Documents and Related Attachments (Dkt. #49). The Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that the Clerk's Office shall seal Dockets Nos. 1, 7, 15, 26, and 32 in the above-named case.

**SIGNED this 15th day of March, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE