IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-40088

ROLAND WADE JACKSON,

    Plaintiff - Appellant

v.

NELNET, INC.,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of March 30, 2012, pursuant to appellant's motion.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Brandy C. Lemelle, Deputy Clerk

         ENTERED AT THE DIRECTION OF THE COURT

[FILED stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF TEXAS, APR - 9 2012, DAVID J. MALAND, CLERK, BY DEPUTY____]

[Handwritten: 4:11cv205]

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana    MAR 30 2012

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 30, 2012

Mr. David Maland  
101 E. Pecan Street  
Federal Building  
Room 216  
Sherman, TX 75090-0000

APR - 9 2012

    No. 12-40088, Roland Jackson v. William Munn  
       USDC No. 4:11-CV-205

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____  
                    Brandy C. Lemelle, Deputy Clerk  
                    504-310-7714

cc w/encl:  
    Mr. Paul A Bezney  
    Mr. Bernie E. Hauder  
    Mr. Roland Wade Jackson